# Holland & Knight

Cira Centre, Suite 800 | 2929 Arch Street | Philadelphia, PA 19104 | T 215.252.9600 | F 215.867.6070
Holland & Knight LLP | www.hklaw.com

Nipun J. Patel
+1 215-252-9527
Nipun.Patel@hklaw.com

September 15, 2021

*Via* electronic mail (Chambers_of_Judge_Joel_H_Slomsky@paed.uscourts.gov)

The Honorable Joel H. Slomsky
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> RE: PID, LLC d/b/a PRESQUE ISLE DOWNS AND CASINO v. PENNSYLVANIA HORSEMEN'S BENEVOLENT AND PROTECTIVE ASSOCIATION INC.: 2:21-cv-02814-JHS (E.D. Pa.)

Dear Judge Slomsky:

On behalf of Plaintiff and Counterclaim Defendant PID, LLC d/b/a Presque Isle Downs and Casino ("PID"), we write to request an extension of an additional fourteen days for PID to respond to Defendant and Counterclaim Plaintiff Pennsylvania Horsemen's Benevolent and Protective Association Inc.'s ("PA HBPA") counterclaims (Dkt. No. 4), which response is currently due on or before September 28, 2021. Counsel for the parties have conferred and PA HBPA consents to this requested extension which would set the new deadline for PID to respond to the counterclaims on October 12, 2021.

There are no other deadlines impacted by this request. A proposed Order is enclosed with this letter.

Thank you for Your Honor's time and attention to this matter.

Respectfully,

HOLLAND & KNIGHT LLP

Nipun J. Patel
Patrick J. McCabe

Enclosures